UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JAN 2 5 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
JAN 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

In re: PETRO SNEGIREV.

PETRO SNEGIREV,

Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA,

Respondent,

KEVIN F. MCCOY,

Real Party in Interest.

No. 05-76280

D.C. No. CV-05-00211-JWS
District of Alaska,
Anchorage

ORDER

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

S:\MOATT\Panelord\1.23.06\orders\snr3\05-76280.wpd

05-76280

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 25 2006

by _____
Deputy Clerk