UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 24 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETRO SNEGIREV,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>KEVIN F. MCCOY,<br><br>      Defendant - Appellee. | No. 05-36045<br><br>D.C. No. CV-05-00211-A-JWS<br>District of Alaska, Anchorage<br><br>ORDER |

RECEIVED
FEB 27 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: GOODWIN and RAWLINSON, Circuit Judges.

Appellant's motion to proceed in forma pauperis on appeal is denied. Within 21 days after the filing date of this order, appellant shall pay $255.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Failure to pay the fees will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute, regardless of further filings. *See* 9th Cir. R. 42-1.

If appellant pays the fees as required and files proof of such payment in this court, appellant shall simultaneously show cause why the judgment challenged in this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-6. If appellant pays the fees but fails to file a response to this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

05-36045

Appellant's motion for appointment of counsel is denied because this appeal does not present "exceptional circumstances" warranting the appointment of counsel. See 28 U.S.C. § 1915(e)(1); *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986).

No motions for reconsideration, clarification, or modification of the denial of appellant's motions for appointment of counsel or to proceed in forma pauperis shall be filed or entertained.

Briefing is suspended pending further order of this court. Appellant's motion for an extension of time to file the opening brief is therefore denied as moot.