FILED
APR 17 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
APR 19 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| PETRO SNEGIREV, | No. 05-36045 |
| Plaintiff - Appellant, | D.C. No. CV-05-00211-A-JWS<br>District of Alaska, Anchorage |
| v. | |
| KEVIN F. MCCOY, | ORDER |
| Defendant - Appellee. | |

On February 24, 2006, this court ordered appellant to pay the filing fees within 21 days, and warned appellant that failure to pay the fees would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not paid the fees. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

APR 17 2006

For the Court

Caroline A. Jacobs
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\04.06\cj\05-36045.wpd